```
JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 11-04878 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Jessie M. Traslavina, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Jessie M. Traslavina, in the principal amount of $6,167.41 plus interest accrued to June 7, 2011, in the sum of $1,570.11; with interest accruing thereafter at the daily rate of $0.41 until entry of judgment, for a total amount of **$7,737.52**.

DATED: July 15, 2011          By:   Terry Nafisi
                                    Clerk of the Court

                                    A. Martinez
                                    Deputy Clerk
                                    United States District Court